**MOBILITY SYSTEMS AND EQUIPMENT COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5068.

United States Court of Appeals, Federal Circuit.

May 30, 2002.

### ORDER

On March 26, 2002, this court ordered Mobility Systems and Equipment Company ("Mobility") to obtain counsel by May 28, 2002. Mobility has failed to comply with that order.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is dismissed.